**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**TAMMY BISHOP**                                                                     **PLAINTIFF**

**V.**                                                                   **CAUSE NO. 3:19-CV-9-CWR-LRA**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**
**ADMINISTRATION**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Objection to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson (R&R). The R&R recommends affirming the Commissioner's denial of Plaintiff Tammy Bishop's application for social security benefits. In her Objection, Plaintiff primarily re-urges her arguments that the decision of the Commissioner is not supported by substantial evidence because the Administrative Law Judge (ALJ) (1) failed to give proper consideration to certain medical opinion evidence in determining Plaintiff's residual functional capacity (RFC), (2) failed to properly incorporate the Plaintiff's functional limitations in the ALJ's RFC determination, and (3) failed to include these limitations in his examination of the vocational expert witness.

Having considered the R&R, Plaintiff's renewed objections, and the applicable law, the Court concludes that the objections are unpersuasive. The Court hereby adopts the R&R as its own opinion.

Accordingly, the Commissioner's motion to affirm is granted, and Plaintiff's motion for summary judgment is denied. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 8th day of May, 2020.

                                                                  s/ Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE